UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
DHINGRA, KUMUD                      §    Case No. 10-55692
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE COURT
    219 South Dearborn
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/11/2013 in Courtroom ,

    Joliet City Hall
    150 West Jefferson, 2nd Floor
    Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/03/2012           By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
DHINGRA, KUMUD                        §      Case No. 10-55692
                                      §
            Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 6,500.48 |
| and approved disbursements of | $ | 132.57 |
| leaving a balance on hand of[1] | $ | 6,367.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,400.05 | $ 0.00 | $ 1,400.05 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 23.85 | $ 0.00 | $ 23.85 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,423.90 |
| Remaining Balance | $ 4,944.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,608.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | GE Money Bank | $ 161.55 | $ 0.00 | $ 161.55 |
| 000002 | BMW Bank of North America, Inc | $ 1,446.47 | $ 0.00 | $ 1,446.47 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,608.02 |
| | Remaining Balance | | $ | 3,335.99 |

Tardily filed claims of general (unsecured) creditors totaling $ 11,338.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 29.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Toyota Motor Credit Corporation (TMCC) | $ 11,338.66 | $ 0.00 | $ 3,335.99 |
| | Total to be paid to tardy general unsecured creditors | | $ | 3,335.99 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-55692-BWB
Kumud Dhingra  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: kseldon      Page 1 of 2      Date Rcvd: Dec 04, 2012
                 Form ID: pdf006   Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2012.
```
db            +Kumud Dhingra,    2404 High Meadow Road,    Naperville, IL 60564-5375
16560432      +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
17516791      +BMW Bank of North America, Inc,    POB 201347,    Arlington, TX 76006-1347
16560434     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court:   Bmw Financial Services,    5515 Parkcenter Cir,    Dublin, OH 43017)
16560435      +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
16560437      +Gemb/Jc Penney Dc,    Po Box 981400,    El Paso, TX 79998-1400
16560439      +National City Card Ser,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
16560440      +Raman Dhingra,    Po box 5211,    Naperville, IL 60567-5211
16560442      +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
19247446       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
16560443       Toyota Mtr,    111 W 22nd St Suite 420,    Oakbrook, IL 60521
16560444       Wells Fargo,    Po Box 5445,    Portland, OR 97208
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16694371      +E-mail/Text: ebnnotices@ascensioncapitalgroup.com Dec 05 2012 02:46:45
               BMW Bank of North America, Inc Department,    c/o Ascension Capital Group,   P.O. Box 201347,
               Arlington, TX 76006-1347
16560436       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2012 02:58:59     Discover Fin,    Pob 15316,
               Wilmington, DE 19850
17468000       E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2012 03:02:34     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16560438      +Fax: 732-352-7538 Dec 05 2012 03:22:21     Hsbc Mortgage Corp Usa,    2929 Walden Ave,
               Depew, NY 14043-2690
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16560441       TCF Bank
18676985*     +BMW Bank of North America, Inc,    P.O. Box 201347,    Arlington, TX 76006-1347
16560433     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: kseldon            Page 2 of 2                  Date Rcvd: Dec 04, 2012
                              Form ID: pdf006          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2012 at the address(es) listed below:

    Mohammed O Badwan  on behalf of Debtor Kumud Dhingra mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Peter N Metrou  met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com
    Rachael A Stokas  on behalf of Creditor  HSBC Mortgage Corporation (USA) ND-Two@il.cslegal.com
                                        TOTAL: 4